**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 5, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00400-CV

---

## 7 POINT GROUP, LLC AND EP DISTRIBUTORS, INC., Appellants

### V.

## GREEN MOUNTAIN ENERGY COMPANY; RELIANT ENERGY RETAIL SERVICES, LLC; US RETAILERS, LLC (D/B/A COMPASSION ENERGY; CIRRO ENERGY, AND PENNYWISE POWER) AND EVERYTHING ENERGY LLC, Appellees

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-27026**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 7, 2018. On January 23, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


/s/    Margaret "Meg" Poissant
Justice


Panel consists of Justices Wise, Jewell, and Poissant.